UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN HALSEY,<br>　　　　　　Plaintiff,<br>　vs.<br>SMITH & NEPHEW, INC.; Does 1 to 100<br>　　　　　　Defendants. | Case No. 2:11-CV-00141-MCE-GGH<br><br>**Date Complaint Filed: December 16, 2010**<br><br>**STIPULATION TO STRIKE PLAINTIFF'S EIGHTH AND NINTH CAUSE OF ACTION FOR FRAUD AND PUNITIVE DAMAGES AND ORDER THEREON**<br><br>Trial Date:  None |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COMES NOW** Defendant Smith & Nephew, Inc. and Plaintiff Stephen Halsey and for good consideration stipulate as follows:

1. Plaintiff's Eighth Cause of Action for Punitive Damages in his product liability lawsuit is hereby stricken, without prejudice, including but not limited to Paragraphs 65 through 68 of the Complaint and the Prayer for Relief, Paragraph 6, page 14, Line 9 of the Complaint.

2. Plaintiff's Ninth Cause of Action for Fraud is hereby stricken, without prejudice, including but not limited to Paragraphs 69 through 76 of the Complaint.

3. Defendant Smith & Nephew, Inc. shall have thirty days from the date it is given notice that the order is entered by the Court to file and serve its Answer to the Complaint.

4. The parties shall bear their own fees and costs with respect to Smith & Nephew, Inc.'s Motion to Dismiss for failure to state a claim for Fraud and Motion to Strike Plaintiff's Claims of punitive damages.

5. The Motion to Strike (ECF No. 6) is now moot, and therefore VACATED.

Dated: February 14, 2011        MORRIS POLICH & PURDY LLP

By: _____//s//_____
   John W. Shaw
   Karen M. Firstenberg
   Attorneys for Defendants,
   **SMITH & NEPHEW, INC**

Dated: February 14, 2011        MORRIS POLICH & PURDY LLP

By: ____//s//_____
   Stewart C. Altemus, Esq.
   Attorney for Plaintiff,
   **STEPHEN HALSEY**

IT IS SO ORDERED.

DATE:  February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE