**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (State Bar No. 98746)

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HALSEY, | Case No. 2:11-cv-00141-MCE-CKD |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) |
| vs. | |
| SMITH & NEPHEW, INC. et al, | |
| Defendants. | |

Plaintiff, STEPHEN HALSEY, (Plaintiff) and Defendant, SMITH & NEPHEW, INC., (Defendant) by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, a resolution of confidential settlement agreement has been reached by and between Plaintiff and Defendant regarding Plaintiff's claims against Defendant as alleged in this action;

WHEREAS, Plaintiff now wishes to voluntarily dismiss the entire action with prejudice as to Defendant SMITH & NEPHEW, INC. with this dismissal subject to the provisions of the settlement agreement entered into by the parties and precipitating this dismissal;

WHEREAS, this dismissal is expressly conditioned on the terms of the settlement agreement reached between and among the parties and any breach thereof will be cause

for re-instituting this action pursuant to the settlement agreement's terms.

    IT IS HEREBY STIPULATED by the parties herein, through their counsel of record as follows:

    1. This action is to be dismissed with prejudice as to Defendant SMITH & NEPHEW, INC.

    2. The court will retain jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement among the parties.

    3. Each party is to bear its own costs and fees as incurred against one another.

    In accordance with Rule 41(a) (1) and (2), Plaintiff and Defendant respectfully request that the court dismiss Plaintiff's complaint with prejudice pursuant to the terms of the agreement between them.

Dated: August 16 2012.      ALTEMUS & WAGNER

/s/ Stewart C. Altemus
Stewart C. Altemus
Attorney for Plaintiff

Dated: August 16 2012.      MORRIS, POLICH & PURDY

/s/ John W. Shaw
John W. Shaw
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice. The Clerk of the Court is directed to close the file.

2. The Court will retain jurisdiction of this matter only for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement among the parties.

3. Each party is to bear its own costs and fees as incurred against one another.

IT IS SO ORDERED.

Dated: October 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE